IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GARY CREMEENS, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO. 2:08-cv-546-MEF |
| | ) |
| CITY OF MONTGOMERY, | )          (WO) |
| | ) |
| DEFENDANT. | ) |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this date, it is the ORDER, JUDGMENT and DECREE of the Court as follows:

(1) With respect to all remaining claims in this action judgment is ENTERED in favor of Defendant against Gary Cremeens and the opt-in plaintiffs, with them taking nothing by their claims.

(2) Costs are TAXED in favor of Defendant against Cremeens and the opt-in plaintiffs for which execution may issue.

(3) The Clerk of the Court is DIRECTED to enter this document on the civil docket sheet as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this file.

DONE this the 7th day of October, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE